UNITED STATES of America,
Plaintiff–Appellee,

v.

Howard HARDY, Defendant–Appellant.

No. 09–6846.

United States Court of Appeals,
Fourth Circuit.

Submitted; Sept. 10, 2009.

Decided: Sept. 15, 2009.

Howard Hardy, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Hardy appeals the district court's order denying his self-styled 18 U.S.C. § 3582(c) (2006) motion for sentence modification. We have reviewed the record and find no reversible error. Ac-

cordingly, we affirm the district court's order. *United States v. Hardy,* No. 1:95–cr–00156–LMB–2 (E.D. Va. filed Apr. 22, 2009; entered Apr. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*